JESS HAGINS V. THE STATE.

No. 10056.  Delivered March 31, 1926.

**Wife Desertion—No Statement of Facts—No Bill of Exception.**

The record in this case being without statement of facts or bill of exception, and no fundamental error being discovered, is affirmed.

Appeal from a conviction for wife desertion, penalty a fine before the Hon. T. C. Andrews, Special Judge.

Appeal from a conviction for wife desertion; penalty, a fine of $200.00 and thirty days in the county jail.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for wife desertion; punishment fixed at a fine of $200.00 and confinement in the county jail for a period of thirty days.

The record is before us without statement of facts or bills of exception. The indictment appears regular. No fundamental error has been pointed out or discovered.

The judgment is affirmed.

*Affirmed.*